UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CLAUDE REESE,

                                     Plaintiff,         9:07-CV-0673
                                                                  (GLS)(DRH)

     v.

CO DROLLETTE; JOHN DOE, Correction Sergeant;
BOB DOE, Correction Officer,

                                     Defendants.
_____

APPEARANCES:

CLAUDE REESE
Plaintiff, *pro se*

GARY L. SHARPE, U.S. DISTRICT JUDGE

## DECISION and ORDER

By Order of Magistrate Judge David R. Homer filed June 27, 2007, plaintiff Claude Reese was directed to either pay the statutory filing fee or submit a completed authorization form reflecting the current filing fee of $350.00, if he wished to proceed with this action. Dkt. No. 4 (the "June Order"). Plaintiff was afforded thirty days in which to make the required submission, and was specifically advised that his failure to timely comply with the June Order might result in the dismissal of this action. *Id*. Although more than two months have elapsed since the June Order, plaintiff has not made the required submission, nor has otherwise communicated with the Court regarding this action.

      In light of the above, this action is hereby dismissed.

      WHEREFORE, it is hereby

      ORDERED, that this action is dismissed due to plaintiff's failure to either pay the filing fee or submit a completed inmate authorization form for the current filing fee of

$350.00, as directed by the June Order, and it is further

ORDERED, that the Clerk serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

September 10, 2007

Gary L. Sharpe
U.S. District Judge